LEXISNEXIS RISK DATA MGMT., INC. v. N.C. ADMIN. OFFICE OF THE COURTS

[367 N.C. 773 (2014)]

| | | |
|---|---|---|
| LEXISNEXIS RISK DATA MANAGEMENT, INC., a Florida Corporation; and LEXISNEXIS RISK SOLUTIONS, INC., a Georgia Corporation | ) ) ) ) ) ) | |
| v. | ) ) ) | From Wake County |
| NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS; JOHN W. SMITH, II, in his official capacity as the Director of the North Carolina Administrative Office of the Courts; and NANCY LORRIN FREEMAN, in her official capacity as the Clerk of the Wake County Superior Court | ) ) ) ) ) ) ) ) ) ) | |

No. 101PA14

## ORDER

The motion by The News and Observer Publishing Co.; Capitol Broadcasting Company, Inc.; Time-Warner Entertainment-Advance Newhouse Partnership; DTH Media Corp.; and the North Carolina Press Foundation, Inc. to file a brief supporting plaintiff-appellants is allowed.

The motion by The News and Observer Publishing Co.; Capitol Broadcasting Company, Inc.; Time-Warner Entertainment-Advance Newhouse Partnership; DTH Media Corp.; and the North Carolina Press Foundation, Inc. to participate in oral argument is allowed as follows:

Pursuant to Rule 30 of the North Carolina Rules of Appellate Procedure, petitioner-appellants have a total of thirty minutes in which to present their oral argument. Petitioner-appellants may, but are not compelled to and are under no duty to, cede a portion of those thirty minutes to The News and Observer Publishing Co.; Capitol Broadcasting Company, Inc.; Time-Warner Entertainment-Advance Newhouse Partnership; DTH Media Corp.; and the North Carolina Press Foundation, Inc. However, if petitioner-appellants and amici reach an agreement to share time, they together will have a total of thirty minutes of oral argument.

By order of the Court in Conference, this 15th day of October, 2014.

s/Edmunds, J.
For the Court